**CANDACE C. DAVENPORT, SBN# 65586**
Attorney at Law
1703 Fifth Ave.  Ste. 204
San Rafael, California 94901
(415) 456-3606
candace_c_davenport@yahoo.com

Attorney for Plaintiff
ANITA FATE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANITA FATE, | ) |
| | ) |
| Plaintiff, | ) C-05-02034 SI |
| | ) |
| vs. | ) STIPULATION AND ORDER |
| | ) EXTENDING TIME TO FILE |
| JO ANNE B. BARNHART, | ) PLAINTIFF'S SUMMARY |
| Commissioner of Social | ) JUDGMENT MOTION |
| Security Administration | ) |
| | ) |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED by and between the undersigned parties, subject to the approval of the Court, that plaintiff, ANITA FATE, may have an extension of 60 days from the date of this order, to file her Summary Judgment Motion.

Dated: 9/25/05                        ___/S/_____
                                      CANDACE C. DAVENPORT
                                      Attorney for Plaintiff

                                      KEVIN V. RYAN
                                      United States Attorney

Dated:  9/27/05            By:        _____/S/_____
                                      SARA WINSLOW
                                      Assistant US Attorney

APPROVED AND SO ORDERED:

Dated:

