```
KEVIN V. RYAN, SBN 118321
United States Attorney
JOANN M. SWANSON, SBN 88143
Assistant United States Attorney
Chief, Civil Division
SARA WINSLOW, DCBN 457643
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7260
    Facsimile:  (415) 436-7169

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANITA FATE, | ) |
| Plaintiff, | ) CIVIL NO. 05-02034 SI |
| v. | ) STIPULATION AND ORDER APPROVING COMPROMISE SETTLEMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | ) |

The plaintiff's attorney having met the criteria of L.R. 54-6, by meeting and conferring with defendant, IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to approval by the Court, that plaintiff's attorney receive the following payment:

1. Defendant shall pay FIVE THOUSAND TWO HUNDRED AND FIFTY DOLLARS ($5,250.00), pursuant to the Equal Access to Justice Act (EAJA), for attorney fees incurred in this court action. The check is to be payable to plaintiff's counsel:

CANDACE C. DAVENPORT<br>
1703 FIFTH AVE., SUITE 204<br>
SAN RAFAEL, CA 94901<br>
(415) 456-3606  fax: 453-3545

2. This is a settlement of plaintiff's request for attorney fees pursuant to EAJA, and does not constitute an admission of liability or fault on the part of defendant under the Equal Access to Justice

1  Act.

2      3. Payment of the FIVE THOUSAND TWO HUNDRED AND FIFTY DOLLARS
3  ($5,250.00) EAJA fees incurred in this court action, will constitute a complete release from and bar
4  to any and all claims, rights, causes of action, liens or subrogated interests relating to attorney fees
5  pursuant to the EAJA, or costs as a result of this court action.

8  Dated: September 19, 2006
9                                                /s/
                                     CANDACE C. DAVENPORT
                                     Attorney for Plaintiff

11                                      KEVIN V. RYAN
                                     United States Attorney

14  Dated: September 20, 2006         By:    /s/
                                     SARA WINSLOW
                                     Assistant United States Attorney

17  PURSUANT TO STIPULATION, IT IS SO ORDERED:

21  Dated:                                                                       
                                       SUSAN ILLSTON
                                       United States District Judge

FATE, EAJA STIP (md)
C 05-02034 SI                                2